THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
tdillard@ocgas.com

Attorney for CLARK COUNTY
and CLARK COUNTY BOARD
OF COMMISSIONERS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| SPENCER GIFTS LLC, a Delaware limited liability company; | ) ) ) |
| Plaintiff, | ) CASE NO. 2:18-cv-0349-GMN-CWH ) |
| vs. | ) ) |
| COUNTY OF CLARK; CLARK COUNTY BOARD OF COMMISSIONERS, | ) ) ) |
| Defendants. | ) ) |

### CERTIFICATE REQUIRED BY LOCAL RULE 7.1-1(b)

Pursuant to LR 7.1-1(b), the undersigned counsel of record for Defendants, CLARK COUNTY and CLARK COUNTY BOARD OF COMMISSIONERS, certify that there are no known interested parties other than those participating in this case.

RESPECTFULLY SUBMITTED this 19 day of March, 2018.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By /s/ T. D. Dillard
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for CLARK COUNTY and CLARK COUNTY
BOARD OF COMMISSIONERS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___19___ day of March, 2018, I served the above **CERTIFICATE REQUIRED BY LOCAL RULE 7.1-1(b)** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Robert S. Larsen, Esq.
Brian K. Walters, Esq.
Wing Yan Wong, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Ste. 1550
Las Vegas, Nevada 89101
P: 702-577-9300
F: 702-255-2858
rlarsen@grsm.com
bwalters@grsm.com
wwong@grsm.com
Attorneys for Plaintiff

_____
An Employee of Olson Cannon Gormley Angulo & Stoberski