THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax: 702-383-0701
tdillard@ocgas.com
Attorneys for CLARK COUNTY
and the CLARK COUNTY BOARD
OF COMMISSIONERS

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * *

SPENCER GIFTS LLC, a Delaware limited liability company;

Plaintiff,

COUNTY OF CLARK; CLARK COUNTY BOARD OF COMMISSIONERS,

Defendants.

CASE NO. 2:18-cv-0349-GMN-CWH

**STIPULATION AND ORDER FOR CLARK COUNTY BOARD OF COMMISSIONERS' TO FILE LATE REPLY TO MOTION TO DISMISS**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that CLARK COUNTY BOARD OF COMMISSIONERS ("BCC") be allowed to file their Reply in support of their Motion to Dismiss late due to an inadvertent failure to file the document at the time it was due.

RESPECTFULLY SUBMITTED this 23rd day of May, 2018.

| OLSON, CANNON, GORMLEY<br>ANGULO & STOBERSKI | GORDON REES SCULLY<br>MANSUKHANI, LLP |
|---|---|
| /s/ Thomas D. Dillard | /s/ Robert S. Larsen |
| THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Clark County and the Clark County Board Of Commissioners | ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 007785<br>300 South Fourth Street, Ste. 1550<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff |

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701

**ORDER**

IT IS SO ORDERED that CLARK COUNTY BOARD OF COMMISSIONERS ("BCC") be allowed to file their Reply in support of their Motion to Dismiss.

BCC shall have seven days after the issuance of this Order to file its reply.

Dated this 14 day of June, 2018.

**HONORABLE UNITED STATES DISTRICT COURT JUDGE NAVARRO**